UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*Octber 19, 2016*

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| vs. | § § § |
| ULISES GABRIEL MENDOZA LOPEZ, aka Ulises Gabriel Mendoza, aka Ulises Mendoza-Lopez, aka Ulisis Gabriel Mendoza, aka Ulisis Mendoza-Lopez, aka Ulises Solorzano, aka Gabriel Lopez, aka Ulises G. Mendoza, | § § § § § § § § |
| Defendant. | § § |

CRIMINAL NO.  H 16-473

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about May 3, 2016, in the Houston Division of the Southern District of Texas,

**ULISES GABRIEL MENDOZA LOPEZ,**
aka Ulises Gabriel Mendoza,
aka Ulises Mendoza-Lopez,
aka Ulisis Gabriel Mendoza,
aka Ulisis Mendoza-Lopez,
aka Ulises Solorzano,
aka Gabriel Lopez,
aka Ulises G. Mendoza,

an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of a felony, knowingly and unlawfully was present in the United States when found in Humble, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: *[signature]*

KEVIN LEAR
Assistant United States Attorney